# CHARLES A. BANKER, III
**ATTORNEY AND COUNSELOR AT LAW**
Board Certified Criminal Law
Texas Board of Legal Specialization
cabatlaw@sbcglobal.net

| HOUSTON OFFICE | McALLEN OFFICE |
|---|---|
| 405 Main Street, Suite 910 | 118 W. Pecan Blvd. |
| Houston, Texas 77002 | McAllen, Texas 78501 |
| (713) 227-4100 | (956) 687-9133 |
| (713) 222-2468-FAX | (956) 687-2510--FAX |

February 20, 2012

Matt Devlin
Assistant United States Attorney
United States Attorney's Office
Western District of Texas
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Via Facsimile 512-916-5854
Via Email Matt.Devlin@usdoj.gov

RE:   USA vs. Ramos…A-12-M-039

Dear Mr. Devlin,

I apologize for not contacting you sooner, but due to workload constraints, I was not able to advise you that I would like to request that you hold off on presenting the above mentioned case for an indictment.

Per your email to my office, I am filing this letter to formally request that you hold off for a reasonable amount of time before presenting this case to the grand jury so that we may try to work out any needed plea negotiations for a resolution to this case.

Thanking you for your courteous attention to this request, I remain,

Sincerely yours,

s/*Charles A. Banker, III*
CHARLES A. BANKER, III
ATTORNEY FOR ROBERT J. RAMOS, JR.

CAB:jhv